UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RODERICK G. PORTER,<br>Plaintiff, | : <br> : <br> : | CIVIL CASE NO.<br>3:19-cv-01080-JAM |
| VS. | : <br> : <br> : | |
| CITY OF BRIDGEPORT,<br>Defendant. | : <br> : | May 26, 2021 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties, through their respective undersigned counsel, pursuant to D. Conn. L. Civ. R. 7 and Fed. R. Civ. P. 16 (b) hereby move to modify the current scheduling order to allow for slightly more time for the completion of depositions. Specifically, the parties respectfully request that the following deadlines be modified by thirty (30) days, as follows:

1. Discovery Deadline:  
   Current deadline: May 26, 2021  
   New deadline: June 25, 2021

2. Dispositive Motion:  
   Current deadline: July 2, 2021  
   New deadline: August 1, 2021

3. Responses to Dispositive Motion:  
   Current deadline: August 31, 2021  
   New deadline: September 20, 2021

4. Joint Trial Memo  
   Current deadline: September 2, 2021  
   New deadline: October 2, 2021  
   (or within 30 days of ruling upon dispositive motion, if any)

The parties submit that good cause exists to grant this brief final extension and that undue prejudice will result absent granting same. The parties have worked diligently throughout the current COVID-19 pandemic to complete discovery. As set forth in the parties' prior motion (doc. #41), discovery involved the City's retention of an electronic data search company and the exchange of hundreds of pages of documents. The parties have further completed numerous

depositions, including the deposition of a Bridgeport Police Lieutenant today. Based upon the need to obtain the transcript from today's deposition and to schedule one, or more depositions, the parties respectfully request that the Court briefly extend the deadlines set forth above by thirty (30) days.

WHEREFORE, the parties respectfully request that this Motion to Modify the Scheduling Order be granted.

THE PLAINTIFF,

BY /s/ Thomas W. Bucci
Thomas W. Bucci (ct07805)
WILLINGER, WILLINGER & BUCCI, P.C.
1000 Bridgeport Avenue, Suite 501
Shelton, CT 06484
Tel: (203) 366-3939
203-474-2907(facsimile)
Email: thomaswbucci@outlook.com

THE DEFENDANT

BY: /s/Richard C. Buturla
Richard C. Buturla (ct28716)
BERCHEM MOSES P.C.
75 Broad Street
Milford, CT 06460
Tel:   (203) 783-1200
Fax:   (203) 878-4912
rcbuturla@berchemmoses.com

## CERTIFICATION OF SERVICE

I hereby certify that on the date hereon, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/Richard C. Buturla
Richard C. Buturla

{01492360.DOCX Ver. 1}