# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RODERICK G. PORTER,<br>Plaintiff, | CIVIL CASE NO.<br>3:19-cv-01080-JAM |
| VS. | |
| CITY OF BRIDGEPORT,<br>Defendant. | OCTOBER 8, 2021 |

### AFFIDAVIT

STATE OF CONNECTICUT   )
                       )   ss:   Bridgeport
COUNTY OF FAIRFIELD    )

**ERIC AMADO**, being duly sworn, deposes and says:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. Based upon my review of relevant records of the City of Bridgeport, I have knowledge of the matters set forth below.

3. I am presently the Director of Labor Relations for the City of Bridgeport.

4. I have been an employee of the City since 2011.

5. In December 2015, Mayor Ganim hired Janene Hawkins, who is African-American, to be the City's Labor Relations Director.

6. Hawkins was promoted to the position of Chief Administrative Officer for the City of Bridgeport on November 25, 2019.

7. Since November 19, 2019, Herron Gaston, who is African American, has been Assistant Chief Administrative Officer for the City.

{01545238.DOCX Ver. 1}

8. On January 31, 2017, Mayor Ganim hired Christine Bartlett-Josie, who is African-American, as his deputy chief of staff.

9. On July 21, 2016, Mayor Ganim appointed Kimberly Staley, who is African-American, as Chief Administrative Officer.

10. On December 21, 2015, Mayor Ganim hired John Gomes, who is African-American, as Assistant Chief Administrative Officer.

11. On December 1, 2016, Mayor Ganim hired Nestor Nkwo, who is African-American, as the City's Budget Director.

12. On September 16, 2020, Mayor Ganim hired Earl Bloodworth, who is African American, as the director of the City's Initiative for ReEntry Affairs.

13. On June 21, 2021, Mayor Ganim named Lance Edwards, who is African-American, as the acting Fire Chief.

14. Edwards was named a Deputy Chief in the Fire Department in June 2016, when Mayor Ganim was in office.

15. On January 18, 2018, Mayor Ganim named Fred Gee, who is African-American, as the director of the City's Small and Minority Business Enterprise.

16. On January 23, 2020, Mayor Ganim named Albertina Baptista, who is Asian, as the acting Director of Health and Social Services.

17. On April 21, 2010, Mayor Ganim hired Lisa Morrissey, who is African-American, as Director of Health and Social Services.

18. On March 25, 2021, Mayor Ganim named Ebony Jackson-Shaheed, who is African American, as the Acting Director of Health and Social Services for the City.

19. From 2009 to late February 2016, Joseph Gaudett was the Chief of the Police Department.

20. Gaudett resigned as Chief in February 2016.

Date at Bridgeport, Connecticut this __12th__ day of October 2021

_____
Eric Amado

Subscribed and sworn before me this 12th day of October 2021.

_____
Notary Public/Commissioner of the Superior Court Expires 12/31/2024