Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK Donna Barry    RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 1 hours 06 minutes

DATE: 04/05/2022    START TIME: 2:01 p.m.    END TIME: 3:07 p.m.

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:19-cv-01080-JAM

Roderick G. Porter                                  Thomas W. Bucci
                                                    Plaintiff's Counsel
           vs
City of Bridgeport                                  Richard J. Buturla, John P. Bohannon, Jr.
                                                    Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..#59____ Motion for Summary Judgment  ☐ granted ☐ denied ☑ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..      ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ ☐ filed ☐ docketed
☐ ……….. _____ Hearing continued until _____ at _____

Notes: