UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RODERICK G. PORTER, | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:19-cv-01080-JAM |
| | : | |
| VS. | : | |
| | : | |
| CITY OF BRIDGEPORT, | : | |
| Defendant. | : | APRIL 7, 2022 |

**PLAINTIFF'S RESPONSE TO DEFENDANT CITY OF BRIDGEPORT NOTICE OF FILING**

The defendant's filing of Section 4 (Chief of Police) of Chapter 13 (Police) of the Charter of the City of Bridgeport is deficient in that the defendant fails to acknowledge that the civil service commission, as authorized by the Bridgeport Charter, established "greater qualifications" for the position of chief of police. In June of 2018, the civil service commission implemented the following qualifications for appointment to the position of Bridgeport Police Chief, "Candidates must possess a minimum of 10 (ten) years of urban law enforcement experience *with a minimum of 5 (five) years of command experience (command experience is equivalent to a position of Captain and above in BPD or 4th in Command).* Candidate's operation and management experience must be in an agency that served a community population of 80,000 or above and a community population with a minimum of 25% minority population. A Bachelor's degree is preferred. Preference will be given to candidates who can demonstrate active and successful experience in advanced professional education, including drug enforcement and successful labor management and budget experience, and is bilingual." See *Plaintiff's Exhibit 22* (Emphasis added). It is indisputable that these were the qualifications for the position of police chief when Rebecca Garcia was appointed acting police chief.

1

THE PLAINTIFF – RODERICK G. PORTER


BY:  /s/Thomas W. Bucci
Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
1000 Bridgeport Avenue
Ste 5th Floor Suite 501
Shelton, CT 06484
203-366-3939
Fax: 475-269-2907
Email: thomaswbucci@outlook.com

## CERTIFICATION

I hereby certify that on April 7, 2022, a copy of the foregoing Memorandum in Opposition to Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Thomas W. Bucci
Thomas W. Bucci

# EXHIBIT 22

PLAINTIFF'S EXHIBIT 22 12-1-21

 

# CITY OF BRIDGEPORT CONNECTICUT

## INVITES CANDIDATES TO APPLY FOR:

### CHIEF OF POLICE POSITION

**WHAT'S INSIDE**
- Community Profile
- About Police Dept.
- Police Commission
- Qualifications
- Characteristics of ideal candidates
- Challenges
- Opportunities
- Application Process

**Facts & Figures about the City of Bridgeport**
- Population-147,000
- 16 Square miles
- Pop/Sq Mile-9,226
- Median Age-33
- Households-50,367
- Median Household Income-$41,801
- Minority Pop - 78%
- 40.25% of the population have some college, Associate's or Bachelor's Degree
- 45 Parks with 1330 acres with 2 beaches and a City-owned Golf Course, Airport and Harbor/Port
- Distance to NYC-53 miles
- Total Police Budget = $103.7 million
- There are a total of 5,145 businesses in Bridgeport with $11.8 million in sales and over 63,000 employees in all the businesses
- Contact consultant for a copy of Organizational Chart and UCR Report

## COMMUNITY PROFILE AND ATTRACTIONS

The City of Bridgeport is located on the northern shore of the Long Island Sound, approximately 60 miles northeast of New York City and 60 miles southwest of Hartford. The City is the crossroads of one of the best land, sea, rail and air transportation systems in the State. State Routes 8 and 25, with their links to Interstates 84 and 91, merge with Interstate 95 in downtown Bridgeport. Bridgeport Harbor is one of the three deep-water ports in Connecticut; its 35-foot deep channels and anchorages can accommodate most ocean-going vessels involved with international trade and shipping. Amtrak and Metro-North provide passenger service to the City from the downtown Transportation Center, and Conrail operates a major freight yard within a quarter-mile of the Port of Bridgeport. The Sikorsky Memorial Airport is a City-owned and operated general aviation facility that is located in Stratford, Connecticut, ten minutes from downtown.

The City is a major medical, legal, industrial, financial and entertainment center. Two medical centers provide for many of the health care needs of the Greater Bridgeport area. Federal, State, and County courthouses are located within the central business district. Corporate and regional business offices are located downtown, including the principal office of one of the largest Connecticut-based banks, People's United Bank. There are over 300 finance and insurance City businesses.

Major employers residing within the City's boundaries include Bridgeport Hospital, St. Vincent's Medical Center, and University of Bridgeport. The City, long a major manufacturing center, remains the home of more than 200 manufacturing companies. These companies typically exploit new technologies and occupy unusual or even unique market niches. There are over 350 professional, scientific and technical service firms.

The Greater Bridgeport area hosts four institutions of higher learning: The University of Bridgeport, Fairfield University, Sacred Heart University, and Housatonic Community College. These educational institutions provide the City's corporate and business communities with skilled personnel and enhance the area's cultural and community activities. Housatonic Community College, located in the heart of the City's central business district, is one of the fastest growing in CT.

Bridgeport is also the home of numerous attractions that enhance the City's economic fortunes. The Barnum Museum showcases the life and times of the former City Mayor and renowned showman, P.T. Barnum. In 2019 the harbor ballpark will become the Harbor Yard Amphitheater where Live Nation will hold live music and other shows. The Arena at Harbor Yard brings hundreds of thousands of visitors annually to Bridgeport's Downtown to watch minor league hockey, college basketball, college hockey, and other events. The Beardsley Zoo is one of the most visited tourist attractions in the State. The Discovery Museum and Planetarium, located in the north end of the City, offers interactive science and space displays. Theatres include the Klein, Bijou and Downtown Cabaret. Water venues include: Seaside Park & Beach, Captain's Cove Seaport & Boardwalk, and St. Mary's by the Sea – Wildlife Sanctuary



## Form of Government

The City has a Mayor-City Council form of government. The City's Mayor is the chief executive officer of the City and serves a four-year term. The City Council, which acts as the City's legislative body, consists of twenty members elected for two-year terms. The current Mayor Joseph P. Ganim's term expires in November of 2019. The Mayor shall appoint the Police Chief to a 5-year term which can be renewed for one additional 5-year term.

## Police Commission

The Board of Police Commissioners is comprised of seven members who serve overlapping 2-year terms. This Board establishes departmental polices, goals and objectives; reviews and approves rules and regulations as recommended by the Chief of Police and conducts hearings concerning officer disciplinary actions which involve citizen complaints against officers. The Board serves as the second step for citizen complaints investigated by Internal Affairs, and it serves as the traffic authority for the City.

## BRIDGEPORT POLICE DEPARTMENT

The Chief of Police is the head of the Bridgeport Police Department (BPD) and, as such, is responsible for the operation of the department consistent with directives of the Mayor and policies of the Board of Police Commissioners.

BPD currently employs 407 sworn members, these include 52 female officers (8 female Sgt, Lt & Capt), 115 Hispanic officers, 5 Asian officers and 59 African American officers (22 Minority Sgt, Lt & Capt). By rank, BPD has 61 Sergeants, 52 Detectives, 21 Lieutenants, 9 Captains and 2 Deputy Chiefs. Except for the Chief, all sworn officers are represented by the union. The Emergency Operation Center/Police & Fire Dispatch Center is a separate organization with 56 employees.

BPD also employs 81 civilians. Their assignments include clerical and payroll staff, maintenance and fleet personnel, animal control, detention officers and parking enforcement personnel.

BPD is organized into the following Divisions (with the Office of Internal Affairs removed from the Chain of Command):

1. Patrol (with 3 shifts divided into east, west and central districts, and animal control)
2. Investigations/Special Operations (including Major Crimes, Burglary/Robbery, Domestic Violence, Auto Theft, Narcotics Division, Youth Bureau, and Training Division)
3. Professional Standards (Accreditation, Discipline, Records, Administration Staffing)

BPD's special programs or units include: Community Services (with School Resource Officers); Marine Unit; Canine Unit (including a drug sniffing canine); Traffic Unit; Scuba Team; Emergency Services Team ("SWAT"); Crime Analysis; Victim Assistance; Foot Patrol; and Tactical Operations with TNT (Tactical Narcotics Teams)





## Characteristics of the Ideal Candidate

**Management & Leadership**
⇒ Strong leader for the police force - command presence and command decision making – holds command staff and officers accountable
⇒ Develops trust among members of the community and the police department while leveraging opportunities for collaborative problem solving and partnership
⇒ Good Administrator — Team Builder — "Walks the Talk"
⇒ Visionary – take the Department to the next level
⇒ Strong knowledge and experience with labor relations and working with union and union contracts
⇒ Participate in regional and city emergency operations working with Fire Department, Communications Center, EOC and state and federal law enforcement officials and task forces and neighboring police departments
⇒ Technology savvy – research new ways to make police operations more efficient and effective
⇒ Engaged, approachable and visible within and across the department and in the community
⇒ Strong budgetary experience – development, monitoring and review of overtime costs

**Community Policing & Law Enforcement Knowledge**
⇒ Have a diverse background in all aspect of police work and police management
⇒ Best Practices in police work — 21st Century Policing Model — promotes high standards of performance
⇒ Ability to improve and increase community policing with limited resources
⇒ Create a vision for problem oriented and community oriented policing and communicate the data analysis to elected officials, officers, and citizens
⇒ Experience in police urban environment (inner city crimes) and proactive handling issues facing police departments nationwide such as school shootings, lock down operations, and protests
⇒ Effectively advocates for staff resources such as training and equipment in order to positively impact recruitment and retention while managing within allocated resources.
⇒ Ability to work with non-profits, religious and neighborhood groups, to build strong relationships with community
⇒ Strengthen youth capacity through community policing year round programs

**Personal Characteristics**
⇒ Honesty, integrity, collaborative, inclusive, delegator & strong character
⇒ Cultural competency – promote and celebrate diversity
⇒ Good intuition – looks deeper into issues and concerns raised by police and citizens
⇒ Outstanding communicator who speaks clearly and transparently with internal and external stakeholders and actively listens to all
⇒ Critical thinking skills—out of the box thinking for community policing
⇒ Serve as role model for fair and equitable law enforcement with proven record of consistency in managing relationships and mitigating challenges



### Qualifications:
Candidates must possess a minimum of 10 (ten) years of urban law enforcement experience with a minimum of 5 (five) years of command experience (command experience is equivalent to a position of Captain and above in BPD or 4th in Command). Candidate's operation and management experience must be in an agency that served a community population of 80,000 or above and a community population with a minimum of 25% minority population. A Bachelor's degree is preferred. Preference will be given to candidates who can demonstrate active and successful experience in advanced professional education, including drug enforcement and successful labor management and budget experience, and is bilingual.



## Challenges and Opportunities

- Implement new Computer Aided Dispatch (CAD) and records system for the entire department. Work with centralized city dispatch and 911 center.
- Promote and implement new body and dashboard cameras with all the best practices and regulations
- Implement new computerized time and attendance system to better monitor officer resources and overtime
- Develop new training programs for officers to deal with the latest urban law enforcement issues in addition to the required certifications
- Continue to maintain a good closure rate on major crimes
- Thoroughly evaluate the existing community policing programs and expand resources to meet the needs of the diverse neighborhoods, youth and staff to initiate year round programs that promote improved community relations
- Encourage attendance of citizens at Police Citizen Academy
- Manage the changing workforce of increased retirements and new recruits; Promote a strong morale to increase officer retention
- Ability to work with a City Council of 20 members and a Police Commission that serves as a civilian oversight board and handles citizen complaints
- Demonstrate the need for cultural diversity within the department and ability to work with a culturally diverse community
- Promote officer wellness programs including emotional wellness

## Compensation and Application Process

The starting salary for this position is negotiable depending on qualifications & experience - (Salary range-$132,374 - $145,428) with an excellent benefits package which includes:

- Moving expenses (negotiable)
- Retirement Plan –ICMA Annuity/Retirement Plan (City & employee contribution)
- IACP Membership paid by City
- Health Benefits—Medical, dental, prescription & vision—employee contribution 25%
- Life Insurance—$75,000
- 5 Year Contract with possibility of a second 5 year contract—total 10 years

For more information see the City web site: www.bridgeportct.gov

Bridgeport is an EOE/AA/Equal Access Employer

If you meet these qualifications and want to be considered for this challenging position of Chief of Police in the City of Bridgeport, please mail or email your resume' and cover letter immediately (deadline is June 15, 2018) to:

Cover letters should indicate the population of the communities served and the minority population percentage of the communities served

Ms. Randi Frank
Randi Frank Consulting, LLC
7700 Hoover Way, Louisville, KY 40219
randi@randifrank.com
www.randifrank.com
203-213-3722

Or Robert Slavin of Slavin Management Consultants
slavin@bellsouth.net
www.slavinweb.com
Phone 770-449-4656
Fax 770-416-0848