UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RODERICK G. PORTER,<br>Plaintiff, | :    CIVIL CASE NO.<br>:    3:19-cv-01080-JAM |
| VS. | : |
| CITY OF BRIDGEPORT,<br>Defendant. | :<br>:    APRIL 11, 2022 |

## DEFENDANT CITY OF BRIDGEPORT'S REPLY TO PLAINTIFF'S NOTICE OF FILING

Defendant, City of Bridgeport, hereby submits this reply to the Plaintiff, Roderick Porter's, Notice of Filing dated April 7, 2022. In the Plaintiff's Notice of Filing, he submits that in June 2018, the "civil service commission implemented" qualifications for the appointment of the Bridgeport Police Chief requiring that candidates possess "...a minimum of 5 (five) years of command experience" with such "command experience [being] equivalent to a position of Captain and above in BPD of 4th in Command)." *Plaintiff's Objection to Motion for Summary Judgment Exhibit 22.* The language the Plaintiff cites is from a job posting done by Randi Frank Consulting. It is not from an official job description authorized by the City's Civil Service Commission.

The operative job description for the City's Police Chief position was created by the Civil Service Commission in 1990. *Affidavit of Eric Amado attached hereto as Exhibit A.* That job description states, "candidate must possess a minimum of ten (10) years of law enforcement experience, of which five (5) years shall have been in a command position, in a community of 80,000 persons." *Exhibit 2 to Amado Affidavit.* The job description has not been modified by the Civil Service Commission since 1990.

{01609781.DOCX Ver. 1}                                                         1

utilized by Randi Frank Consulting was never formally approved by the Civil Service Commission.

Thus, while the job posting published by Randi Frank Consulting appeared to limit the definition of "command", that limitation was not officially authorized by the Civil Service Commission, is not found in the official job description adopted by the Civil Service Commission and does not apply to the City's appointment of Rebecca Garcia. The facts as referenced in the various pleadings show that Garcia met the official requirements of the City's Chief of Police job description when she was appointed acting police chief.

As noted in prior pleadings and at oral argument on the Defendants' motion for summary judgment, Mayor Ganim was advised that Garcia met the qualifications for acting police chief. Given the job description above, Garcia's history with the City's Police Department and the fact that Mayor Ganim was advised she was qualified, there is an absence of evidence of race-based discrimination in connection with her appointment.

**DEFENDANT**
**CITY OF BRIDGEPORT**

BY: /s/Richard J. Buturla
 Richard J. Buturla (ct05967)
 BERCHEM MOSES P.C.
 75 Broad Street
 Milford, CT 06460
 Tel: (203) 783-1200
 Fax: (203) 878-4912
 rbuturla@berchemmoses.com

## CERTIFICATION OF SERVICE

I hereby certify that on the date hereon, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/Richard J. Buturla
Richard J. Buturla

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RODERICK G. PORTER,
    Plaintiff,

       :   CIVIL CASE NO.
       :   3:19-cv-01080-JAM

VS.

CITY OF BRIDGEPORT,
    Defendant.

       :   APRIL __11__, 2022

## AFFIDAVIT

STATE OF CONNECTICUT   )
                                   )   ss:   Bridgeport
COUNTY OF FAIRFIELD     )

**ERIC AMADO**, being duly sworn, deposes and says:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. Based upon my review of relevant records of the City of Bridgeport, I have knowledge of the matters set forth below.

3. I am presently the Director of Labor Relations for the City of Bridgeport.

4. I have been an employee of the City since 2011.

5. In 1989, the Civil Service Commission conducted a competitive promotion examination for the "Superintendent of Police".

6. The job description utilized for that examination dated back to 1958 and is contained in the document attached hereto as *Exhibit 1*.

7. The next similar competitive promotion examination took place in 1990 and was for a position that became titled, with that notice, "Chief of Police."

8. The job description was revised for that examination and stated that the candidate must possess a minimum of ten (10) years of law enforcement experience, of which five (5) years shall have been in a command position, in a community of 80,000 persons."

9. No definition or description of "command position" was provided.

10. The notice of the Civil Service Commission setting forth the job description in 1990 is attached hereto as *Exhibit 2*.

11. The job description has not changed since that date.

12. After searching the relevant City records, I am unaware of any formal approval of the job description contained in Randi Frank Consulting's job posting for the position of Police Chief in 2018.

Date at Bridgeport, Connecticut this ___11___ day of April 2022.

_____
Eric Amado

Subscribed and sworn before me this ___11th___ day of April 2022.

_____
Notary Public/Commissioner of the Superior Court

My Commission Expires 12/31/2023

{01610020.DOCX Ver. 1}

# **EXHIBIT 1**

NOTICE

*2017*

The Civil Service Commission of the City of Bridgeport will conduct a competitive promotion examination for SUPERINTENDENT OF POLICE on **March 13th and March 14th, 1989**; The time and place of examination will be announced. Each candidate will be assigned a time to report for the examination.

SALARY RANGE: $59,028 - $60,860 - $62,684; appointments to be made at the entrance salary of $59,028 a year. Advancements within the salary range may be made in accordance with Rule X of the Civil Service rules, a copy of which is open to inspection at the office of the Commission, during business hours.

APPLICATIONS: Each candidate must complete an application form supplied by the Commission and file it at the office of the Commission. Application forms, to be accepted, must be delivered personally or bear a postmark not later than **March 7, 1989**.

DUTIES: Difficult and complex technical and executive work in the planning, coordination, management and direction (overall command) of the city police department; performed subject to the administrative direction of the board of police commissioners.

REQUIREMENTS: This examination is open to Police Captains and Police Inspectors in the employ of the City of Bridgeport who meet the following requirements: United States citizenship; bona fide residence in the City of Bridgeport; at least twelve years of active line and administrative police duty, at least three years of which shall have been in the rank of Police Captain and/or Police Inspector; thorough knowledge of police department rules and regulations and policies; thorough knowledge of modern police practices, law enforcement methods, and crime prevention and criminal investigation techniques; thorough knowledge of criminal law, law of evidence, law of search and seizure, bail and writ procedure, and other related legal background; police planning ability, and ability to interpret information and reports on crime and criminal trends; demonstrated command ability; thorough knowledge of municipal government, and financial management and reporting; police planning ability and ability to interpret information and reports on crime and criminal trends; ability to size up situations and people, to adopt an effective course of action and to get along well with others; ability to lay out work for others, to direct them in their work and to get them to work together effectively; ability to organize and coordinate the activities of a large department; ability to address an audience effectively; integrity; tact; industry; resourcefulness; initiative; good judgment; good health and freedom from disabling physical defects.

SUBJECTS OF EXAMINATION: Oral examination and Administrative Performance Simulation Exercise, relative weight, 95%; seniority, relative weight, 5%. Candidates will be required to attain at least 75% in each announced subject of examination. No person shall be eligible for employment who is not a bona fide resident of the City of Bridgeport at the time his or her name is reached for certification. Candidates will be required to pass a qualifying service rating in order to be placed on the employment list.

Examination Review Procedures: Each candidate will have an opportunity to review his or her examination papers during the one-month period after the date of announced results. The papers will be open to inspection during the period of 9:00 a.m. to 1:00 p.m., Monday through Friday. Every inspection period will be monitored by the staff of the Civil Service Office and no candidate will be allowed to copy examination questions or to take any written material from the review room. The time allowed for review will be equal to the time allowed for taking the test. No candidate will be allowed more than two visits to review his or her papers.

CIVIL SERVICE COMMISSION, City Hall, 45 Lyon Terrace

Bridgeport, Connecticut 06604

An Equal Opportunity Employer M/F

PROMOTION EXAMINATION # 2017 -- SUPERINTENDENT OF POLICE

2/17/89

# **EXHIBIT 2**

NOTICE

The Civil Service Commission of the City of Bridgeport will conduct an open competitive examination for **CHIEF OF POLICE**, on April 27, 1990. The written examination will be held in Bridgeport, Connecticut and at remote test sites designated by the Civil Service Office.

The time and place of the examination will be announced. Each candidate will be assigned a time to report for the examination.

SALARY RANGE: $59,028 - $60,860 - $62,684; appointments to be made at the entrance salary of $59,028 a year. Advancements within the salary range may be made in accordance with Rule X of the Civil Service rules, a copy of which is open to inspection at the Office of the Commission, during business hours.

APPLICATIONS: Each candidate must complete an application form supplied by the Commission and file it at the office of the Commission. Application forms, to be accepted, must be delivered personally, or bear a postmark, not later than April 2, 1990.

DUTIES: .Difficult and complex technical and executive work in the planning, coordination, management, and direction (overall command) of the city Police Department; performed; subject to the administrative direction of the Mayor and Board of Police Commissioners.

REQUIREMENTS: Candidate must be experienced in urban law enforcement including supervisory experience in the operation and management of a law enforcement agency in a community with a population of at least eighty thousand (80,000) people, of which twenty-five per cent (25%) of said population are minorities. Candidate must possess a minimum of ten (10) years of law enforcement experience, of which five (5) years shall have been in a command position, in a community of 80,000 persons.

A four (4) year degree in Criminal Justice, or a related field is preferred.

Preference will also be given to candidates who can demonstrate active and successful experience in advanced professional education, including drug enforcement.

Preference is also given to successful labor management experience.

Candidate should possess: thorough knowledge of modern police practices, law enforcement methods, and crime prevention and criminal investigation techniques; thorough knowledge of criminal law, laws of evidence, laws of search and seizure, bail and write procedure and other related legal background. Police planning ability and ability to interpret information and reports on crime and criminal trends. Demonstrated command ability; thorough knowledge of financial management and reporting; Motor Vehicle Operator's License.

SUBJECTS OF EXAMINATION: *Written examination, relative weight, 25%; Oral examination and Administrative Performance Simulation Exercise, relative weight, 75%. Candidates will be required to attain at least 75% in each announced subject of examination.

Before an employment offer is made, the candidate must successfully complete a comprehensive medical examination, a psychological evaluation and comprehensive background investigation.

*The written examination will be conducted in Bridgeport, Connecticut and at designated remote test centers.
The Oral/Administrative Performance Simulation Exercise will be held in Bridgeport, Connecticut.
The highest ranking candidates in the written examintion will be invited to compete in the Oral/Administrative Performance Simulation Exercise. All candidates competing in the Oral/Administrative Performance Simulation Exercise will assume and be responsible for their own travel and lodging expense.

(Continued Over)

EXAMINATION REVIEW PROCEDURES: Each candidate will have an opportunity to review his or her examination papers during the one-month period after the date of announced results. The papers will be open to inspection during the period of 9:00 a.m., to 1:00 p.m., Monday through Friday. Every inspection period will be monitored by staff of the Civil Service Office and no candidate will be allowed to copy examination questions or to take any written material from the review room. The time allowed for review will be equal to the time allowed for taking the test. No candidate will be allowed more than two visits to review his or her papers.

FINAL SELECTION: The final selection will be made by the Mayor from the three highest-ranking candidates. The term of office shall be for five years. One additional term of five years may be offered.

VETERAN PREFERENCE POINTS: Any veteran who served in time of war, if he is not eligible for disability compensation or pension from the United States through the veterans' administration and if he has attained at least the minimum earned rating on any examination held for the purpose of establishing an employment list (as provided in Section 7-414) FOR ORIGINAL APPOINTMENT shall have five points added to his earned rating. Any such veteran, if he is eligible for such disability compensation or pension and if he has attained at least the minimum earned rating on any such examination, shall have ten points added to his earned rating. Names of veterans shall be placed on the list of eligibles in the order of such augmented rating. Credits shall be based upon examinations with a possible rating of one hundred points. NO SUCH POINTS SHALL BE ADDED TO ANY EARNED RATING IN ANY CIVIL SERVICE OR MERIT EXAMINATION EXCEPT AS PROVIDED IN THIS ACT, THE PROVISIONS OF ANY MUNICIPAL CHARTER OR SPECIAL ACT NOTWITHSTANDING.

Dates of Eligibility

| | | |
|---|---|---|
| World War II | 12-7-41 to | 12-31-46 |
| Korea | 6-27-50 to | 10-27-53 |
| Viet Nam | 1-1-64 to | 7-1-75 |

CIVIL SERVICE COMMISSION

City Hall, 45 Lyon Terrace, Bridgeport, Connecticut 06604

An Equal Opportunity Employer M/F

Open Competitive Examination # 2039 - CHIEF OF POLICE

2/15/90