UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RODERICK G PORTER,
    *Plaintiff,*

v.    Case No. 3:19-cv-01080-JAM

CITY OF BRIDGEPORT,
    *Defendants.*

## JUDGMENT

This matter came for consideration before the Honorable Jeffrey A. Meyer, United States District Judge on defendant's motion for summary judgment (Docs. #59).

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an order (Doc. #89) on July 28, 2022, granting the defendant's motion for summary judgment. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant City of Bridgeport against plaintiff Roderick G Porter and the case is closed.

Dated at New Haven, Connecticut, this 1st day of August 2022.

DINAH MILTON KINNEY, Clerk

By /s/ Donna Barry, Deputy Clerk

EOD: 08/01/2022